IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL R. MAENDELE, *et al.* | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:03-cv-806-MEF |
| | ) | WO |
| RHETT BUTLER TRUCKING, INC., *et al.,* | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## **ORDER**

It has come to the Court's attention that the parties have failed to comply with the requirements of Section 3 of the Uniform Scheduling Order (Doc. # 34) entered by this Court on August 13, 2004, with respect to its requirement of conducting a face-to-face settlement conference at which counsel for all parties engage in good faith settlement negotiations. Pursuant to this Court's Order the face-to-face settlement conference was to have been completed on or before May 3, 2005. On May 3, 2005, the parties filed a Notice Regarding Face-to-Face Settlement Conference (Doc. # 52) which states that the parties had conducted "several conference calls" to discuss settlement and had scheduled mediation. It is the Court's understanding that the scheduled mediation to which the Notice Regarding Face-to-Face Settlement Conference referred has been postponed indefinitely. The Court is not satisfied that the parties have complied with the requirements of Section 3 of the Uniform Scheduling Order. Conference calls are not an adequate substitute for face-to-face settlement negotiations. Accordingly, it is hereby ORDERED that:

a. The parties conduct the face-to-face settlement conference as ordered in Section 3 of the Uniform Scheduling Order by no later than **June 1, 2005**.

b. Plaintiffs' counsel file the Notice Concerning Settlement Conference and Mediation by **June 2, 2005**.  This Notice, which must be signed pursuant to Rule 11, must provide all information specified in the Uniform Scheduling Order and must also state (1) that a face-to-face settlement conference was held; (2) where the face-to-face settlement conference was held; and (3) how long the parties negotiated.

DONE this 26th day of May, 2005.

                                             /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE