IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Michael R. Maendele, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 03-F-806-N |
| | * | |
| Rhett Butler Trucking, Inc., et al., | * | |
| | * | |
| Defendants. | * | |

## **JUDGMENT ORDER**

This cause coming on to be heard on the complaint, the defendants' answer thereto, and the proposed settlement agreement, the court has considered the testimony of the plaintiffs and any exhibits offered into evidence. Upon due consideration thereof, the court is of the opinion that the plaintiff Toni Maendele is entitled to judgment against the defendants, and the court finds that the proposed settlement of the claims of the minor plaintiff Toni Maendele is just, fair, reasonable, in keeping with the evidence, and conservative of the minor's best interest.

Based on the oral testimony presented in open court as to the nature and extent of the injuries and expenses incurred as a result of the injuries sustained by Toni Maendele, and after having the opportunity to examine the material referred to herein, it is the opinion of this Court that the materials and the testimony provide an ample basis to this Court to understand the issues in this case, to form a judgment as to the issues presented in this case, to understand the alleged liability and denial of liability, and to understand the issues related to the medical condition of Toni Maendele. The Court further finds that Mary Maendele has properly filed this action as next friend for the minor Plaintiff Toni Maendele.

The Court has appointed Chad W. Bryan, attorney at law, as Guardian ad Litem for the minor

1

child, Toni Maendele. This guardian ad litem has accepted this appointment, has thoroughly investigated and analyzed the proposed settlement, and has appeared in court at the settlement hearing and given his approval of this settlement to the Court.

This judgment will forever bar any further claims of Mary Maendele on behalf of the minor Toni Maendele arising out of the accident that occurred on August 5, 2001, and that is described more fully in the complaint of this matter. This judgment will also bar forever any further claims of Toni Maendele arising out of the accident that occurred on August 5, 2001, either brought on her behalf as a minor or once Toni Maendele reaches the age of majority. This judgment would act as a bar to any past, present or future claims, injuries or damages, either stated or unstated, of Toni Maendele arising out of the automobile accident which is the basis of the above referenced lawsuit. All claims by Toni Maendele for injuries or damages are dismissed, even those claims that may not be listed in the plaintiff's complaint and any amendments thereto.

The Court finds that Toni Maendele resides with her parents, Michael and Mary Theresa Maendele, and pursuant to Ala. Code § 26-2A-6, the $5,000.00 shall be satisfied by presenting to Toni Maendele's attorney a check made payable in that amount to Mary Theresa Maendele.

It is, therefore ORDERED, ADJUDGED, and DECREED that the plaintiff Toni Maendele shall have and recover from the defendants the total sum of Five Thousand Dollars ($5,000.00) plus the costs of this action, which shall be paid as follows:

1. A check from in the amount of Five Thousand Dollars ($5,000.00) made payable to Mary Theresa Maendele as parent of Toni Maendele.

2. Defendants shall not be responsible for any medical, doctor and hospital bills, subrogation claims and/or liens that have or could have been claimed in this lawsuit, both for past treatments and for any future medical treatments that may be incurred by or on behalf of Toni

Maendele as a result of her injuries arising out of the accident that occurred on August 5, 2001. The defendants would also have no further responsibilities in regards to any counseling expenses, tutorial expenses or any other expenses payments or monies that may be owed or may be incurred in the future for the education of Toni Maendele.

3. It is further ordered that Chad W. Bryan is awarded a fee in the amount of $ 1850.00, to be paid directly by the defendants' insurer for services rendered as guardian ad litem in this case. The Court finds that the guardian ad litem's responsibilities have been fulfilled, and the guardian ad litem is due to be discharged from further services in this matter.

4. That, pursuant to Ala. Code § 26-2A-6, the Judgment entered in favor of Toni Maendele, in the amount of $5,000.00, can be discharged by payment of said money to any person having the care and custody of Toni Maendele and with whom Toni Maendele is residing. The Court finds that Toni Maendele resides with her parents, Michael and Mary Theresa Maendele, and pursuant to said statute, the $5,000.00 shall be satisfied by presenting to Toni Maendele's attorney a check made payable in that amount to Mary Theresa Maendele.

5. Upon payment of the total amount of Five Thousand Dollars ($5,000.00) in the manner described above, Jason Crowell, Rhett Butler Trucking, Inc., Dependable Tank Lines, Inc., Zurich North America, and all other persons and entities are completely released from all liability in this case and are discharged from any and all further responsibilities or obligations to Mary Maendele and/or Toni Maendele that relate directly or indirectly to the accident that occurred on August 5, 2001 that gave rise to this lawsuit for any past, present or future claims, damages or injuries that have or could have been made the basis of this lawsuit.

The claims of Toni Maendele are hereby dismissed with prejudice.

Hereby ordered on July 28, 2005.

_____
District Judge Mark Fuller